In the Matter of the Application of ANNA SWIFT for an Order of Mandamus against LEWIS J. VALENTINE, Police Commissioner of the City of New York, and PAUL MOSS, Commissioner of Licenses of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of WILLIAM H. WATERS and Another, to Confirm the Award Made in the Arbitration Proceedings between COUPERIE BELGE AMERICAINE, S. A., and WILLIAM H. WATERS and Another, under an Agreement to Submit to Arbitration, Dated September 7, 1933.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

FREDERIC A. POTTS & CO., INC., v. LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

DAVID KERSHNER v. LILLIAN KERSHNER.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See ante, p. 34.]

RANDOLPH REALTY CORPORATION v. THE BANK OF SAVINGS IN THE CITY OF NEW YORK and MONUMENT GARAGE CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

WALTER G. EVANS and Others v. CHARLES E. KELLEY and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley and Glennon, JJ.

FRANK D. POTTER and Others v. JOHN W. CAMPBELL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ROSEL HOLDING CORPORATION. HILL FRANKEL and Others v. THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of FRANK GROSSO and Others against ROBERT MOSES, Commissioner of Parks of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, etc., EAST TWO HUNDRED AND SIXTH STREET. EVANGELICAL LUTHERAN CHURCH OF THE EPIPHANY; THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Proving the Last Will and Testament of ABRAHAM L. ERLANGER, Deceased. MITCHELL L. ERLANGER and CAROLINE BERGMAN. RUBY WERBA and Others, Legatees Mentioned and Described in the Last Will and Testament of ABRAHAM L. ERLANGER, Deceased. CHARLOTTE FIXEL ERLANGER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.